1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| EDUARDO GUARCAS MARTIN, | CASE NO. 2:26-cv-00749-DGE |
|---|---|
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR A TRO (DKT. NO. 7) |
| v. | |
| PAMELA BONDI et al., | |
| Respondents. | |

The Court is in receipt of Respondents' Notice of Intent to Remove indicating an intent to remove Petitioner to Guatemala on or after March 9, 2026. (Dkt. No. 5.) The Court is also in receipt of Petitioner's motion for a temporary restraining order ("TRO") seeking to enjoin his removal from the Western District of Washington or the United States. (Dkt. No. 7.)

Respondents shall file a response to Petitioner's motion for a TRO no later than Friday, **March 6, 2026 at 5:00 p.m**. Petitioner shall file his reply, if any, no later than Saturday, **March 7, 2026 at 12:00 p.m.**

ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR A TRO (DKT. NO. 7) - 1

Dated this 6th day of March, 2026.

David G. Estudillo
United States District Judge