UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDUARDO GUARCAS MARTIN, | CASE NO. 2:26-cv-00749-DGE |
| Petitioner, | ORDER GRANTING STIPULATED MOTION TO DISMISS (DKT. NO. 30) |
| v. | |
| PAMELA BONDI et al., | |
| Respondents. | |

Before this Court is the Parties' stipulated motion to dismiss this matter without prejudice and with each party to pay its own costs. (Dkt. No. 30.) The Court ORDERS that this motion is GRANTED. This matter is DISMISSED without prejudice and with each party to pay its own costs. Any pending motions are DENIED as moot and all deadlines are STRICKEN. The Clerk is directed to close this case.

Dated this 17th day of March, 2026.

ORDER GRANTING STIPULATED MOTION TO DISMISS (DKT. NO. 30) - 1

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS (DKT. NO. 30) - 2